# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 2, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159746

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* COOK, Minors.

SC: 159746
COA: 345384
Kalkaska CC Family Div:
17-004490-NA

_____/

On order of the Court, the application for leave to appeal the May 14, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 2, 2019



Clerk

t0730